# ADMISSIONS

# POLICIES & PROCEDURES

# JOHN SEALY SCHOOL OF MEDICINE

### THE UNIVERSITY OF TEXAS MEDICAL BRANCH

### Galveston, Texas

Revised 9/27/2022

1

and state and local requirements regarding students and applicants with disabilities. Under these laws, no qualified individual with a disability shall be denied access to or participation in services, programs, and activities of UTMB-Galveston, solely on the basis of the disability.

## Diversity Categories

In accordance with the University of Texas Medical Branch Vision, Mission, Values Statement, the John Sealy School of Medicine Admissions Committee is committed to "educating and inspiring skilled physicians and scientists who are dedicated to lifelong learning and reflect the diversity of the people who we serve." Therefore, the AC will intentionally recruit and select a class whose racial and socioeconomic demographics are representative of Texas residents. Utilizing a holistic approach, the committee will seek to admit qualified underrepresented in medicine (URM) and economically disadvantaged applicants. Based on the ethnographic and socioeconomic makeup of the Houston-Galveston Metropolitan Area, the John Sealy School of Medicine Admissions Committee will support pipeline programs and partnerships explicitly focused on increasing Black/African American, Hispanic/Latino, and economically disadvantaged applicants' matriculation to medical school.

Any applicant whose TMDSAS application Race or Ethnicity is American Indian, Alaska Native, Black, African American, Hispanic, Latino, Hawaiian, or Pacific Islander will be classified as a URM per TMDSAS. Any applicant designated as Disadvantaged A or B on their TMDSAS application will be deemed economically disadvantaged. The designations are based on parental education level and income, household size, residential asset value and descriptors of the applicant's hometown (rural, inner city).

## Technical Standards/Essential Functions

All accepted applicants must meet the minimum required technical standards and essential functions. All accepted applicants must electronically sign this document thru the mySTAR portal. If accepted applicants have a documented disability or would like to obtain information regarding services for students with disabilities at UTMB, they may contact the Institutional ADA Officer.

## Holistic Admissions Policy

Utilizing holistic admissions practices, committee members must consider aspects such as the recommendation of the health professions advisor or advisory committee, personal attributes, academic profile, undergraduate coursework, grades, and MCAT scores. Academic and non-academic factors are of equal importance. Particular consideration is given to the applicant's maturity, motivation, and intellectual curiosity as

8