UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GEORGE STEWART,<br><br>  Plaintiff,<br><br>v.<br><br>TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, et. al.,<br><br>  Defendants. | No. 5:23-CV-007-H |

## ORDER

Before the Court is Reed D. Rubinstein's Application for Admission Pro Hac Vice. Dkt. No. 5. The application is granted. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. If Rubinstein has not already done so, he must register as an ECF user within 14 days. *See* Loc. Civ. R. 5.1(f).

So ordered on February 2, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE