UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

George Stewart, on behalf of himself and others §
*Plaintiff* §
§
§
v. § Case No. 5:23-cv-00007
§
§
Texas Tech University Health Sciences Center, §
*Defendant* §
§

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

America First Legal Foundation                                                      , with offices at

300 Independence Avenue SE
(Street Address)

Washington                          DC                    20003
(City)                              (State)               (Zip Code)

(202) 964-3721
(Telephone No.)                     (Fax No.)

**II.** Applicant will sign all filings with the name  Nicholas R. Barry                            .

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Plaintiff

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of ___Tennessee___, where Applicant regularly practices law.

Bar license number: 031963     Admission date: 2013

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Middle District of Tennessee | November 4, 2014 | Active |
| Eastern District of Tennessee | April 30, 2015 | Active |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**   Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:              Case No. And Style:

  N/A                                      N/A

(If necessary, attach statement of additional applications.)

**X.**   Local counsel of record associated with Applicant in this matter is

 Jonathan F. Mitchell                                                                                     , who has offices at

 111 Congress Avenue, Suite 400
(Street Address)

 Austin                                          Texas                    78701
(City)                                           (State)                  (Zip Code)

 (512) 686-3940                                  (512) 686-3941
(Telephone No.)                                  (Facsimile No.)

**XI.**   Check the appropriate box below.

For Application in a **Civil Case**

[✓]   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]   Applicant has read and will comply with the local criminal rules of this court.

**XII.**   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   16    day of February                    , 2023         .

 Nicholas R. Barry
Printed Name of Applicant

 /s/ Nicholas R. Barry
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.