| | |
|---|---|
| **From:** | Habibi, Paliman on behalf of Vieira Ayala, Ana |
| **To:** | "agency_req_rep@oag.texas.gov" |
| **Cc:** | kimberly.gdula@oag.texas.gov; ryan.kercher@oag.texas.gov; English, Tamra; Vieira Ayala, Ana; Habibi, Paliman |
| **Subject:** | Request for Representation - Stewart, et al v. Texas Tech University Health Sciences Center, et al |
| **Date:** | Thursday, January 12, 2023 9:38:07 AM |
| **Attachments:** | 1-COMPLAINT-1.10.2023.pdf |
| **Importance:** | High |

# THE UNIVERSITY OF TEXAS SYSTEM
*Office of General Counsel*
210 WEST SEVENTH STREET    AUSTIN, TEXAS  78701-2981
TELEPHONE (512) 499-4563
FAX (512) 499-4523

*Ana Vieira Ayala*
*Associate General Counsel*

**VIA ELECTRONIC MAIL**
 Agency_req_rep@oag.texas.gov

January 12, 2023

Mr. Shawn Cowles
Deputy Attorney General for Civil Litigation
Office of the Attorney General
PO BOX 12548
Austin, Texas 78701

Re:  Case No.   5:23-cv-7; *George Stewart, on behalf of himself and other similarly situated v. Texas Tech University Health Sciences Center; et al*; In the United States District Court for the Northern District of Texas, Lubbock Division

Dear Mr. Cowles,

UT System's Office of General Counsel respectfully requests representation of five UT institutions (UT Austin, UT Health Houston, UTMB, UTHSCSA, and UTSW) and their respective presidents, medical school deans, admissions and DEI officials. We have discussed this matter with GLD and the complaint is attached.

Sincerely,

Ana Vieira Ayala

ACVA:ph

Attachment

CC:    Kimberly Gdula
       Ryan Kercher
       Tamra J. English

**EXHIBIT A**
