UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GEORGE STEWART, on behalf of himself and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, et al.**,<br>*Defendants*. | Case No. 5:23-CV-00007-H |

**ORDER GRANTING DEFENDANTS THE UNIVERSITY OF TEXAS AT AUSTIN, JAY HARTZELL, CLAUDIA LUCCHINETTI, STEVE SMITH, AND JOEL DABOUB'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

Before the Court is a Motion for an Extension of Time to File a Responsive Pleading filed by defendants the University of Texas at Austin, Jay Hartzell, Claudia Lucchinetti, Steve Smith, and Joel Daboub (the "UT Austin Defendants"). Upon due consideration of the motion, the Court finds the following.

_____ The motion is meritorious and is hereby GRANTED. IT IS THEREFORE ORDERED that the UT Austin Defendants' deadline to file a responsive pleading is extended until [  ] May 12, 2023 or [  ] _____, 2023.

SIGNED on this the _____ day of _____, 2023.

_____
HONORABLE JAMES WESLEY HENDRIX
United States District Judge