UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| **GEORGE STEWART, on behalf of himself and others similarly situated,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, et al.,**<br>*Defendants*. | Case No. 5:23-CV-00007-H |

### ORDER GRANTING DEFENDANTS THE UNIVERSITY OF TEXAS AT AUSTIN, JAY HARTZELL, CLAUDIA LUCCHINETTI, STEVE SMITH, AND JOEL DABOUB'S MOTION FOR TEMPORAY ABATEMENT

Before the Court is a Motion for Temporary Abatement filed by defendants the University of Texas at Austin, Jay Hartzell, Claudia Lucchinetti, Steve Smith, and Joel Daboub (the "UT Austin Defendants"). Upon due consideration of the motion, the Court finds the following.

_____ The UT Austin Defendants' Motion for Abatement is meritorious and is hereby GRANTED. IT IS THEREFORE ORDERED that this case will be temporarily abated pending the U.S. Supreme Court's resolution of *Students for Fair Admissions v. University of North Carolina, et al.* (No. 21-707) and *Students for Fair Admissions v. President & Fellows of Harvard College* (No. 20-1199). All deadlines set to occur during the period of abatement under the Federal Rules of Civil Procedure will be reestablished pursuant to further orders of the Court when the case is reinstated by the Court.

1

SIGNED on this the _____ day of _____, 2023.

_____
HONORABLE JAMES WESLEY HENDRIX
United States District Judge