UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GEORGE STEWART,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, et al.,<br><br>    Defendants. | No. 5:23-CV-007-H |

## ORDER

The University of Texas at Austin, Jay Hartzell, Claudia Lucchinetti, Steve Smith, and Joel Daboub (collectively, the UT Austin Defendants) seek a 60-day extension to respond to the plaintiff's complaint and—additionally or in the alternative—temporary abatement of these proceedings pending decisions in two related Equal Protection cases recently heard by the Supreme Court. Dkt. No. 13.

Because the plaintiff is unopposed to an extension, and for the reasons stated in the motion, the Court grants the UT Austin Defendants a 60-day extension to respond to the plaintiff's complaint. The UT Austin Defendants shall file a response by May 12, 2023. Any responsive pleading filed by May 12, 2023, shall be deemed timely. Because, however, the plaintiff opposes the UT Austin Defendants' request to abate, the Court reserves determination of that issue until it is fully briefed by the parties.

So ordered on March 2, 2023.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE