UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GEORGE STEWART,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, et al.,<br><br>    Defendants. | No. 5:23-CV-007-H |

## ORDER

On March 2, 2023, the University of Texas at Austin, Jay Hartzell, Claudia Lucchinetti, Steve Smith, and Joel Daboub (collectively, the UT Austin Defendants) moved to temporarily abate these proceedings pending decisions in two related Equal Protection cases recently heard by the Supreme Court. Dkt. No. 13. The UT Austin Defendants noted that the plaintiff opposed their motion. *Id.* at 11.

The Court granted the UT Austin Defendants' unopposed request for an extension to respond to the plaintiff's complaint but "reserve[d] determination" of the motion to abate "until it is fully briefed by the parties." Dkt. No. 14 at 1. The plaintiff's response was due on March 23, 2023, *see* Loc. Civ. R. 7.1(e), but none was filed.

The plaintiff shall file a response to the UT Austin Defendants' motion to abate by no later than April 10, 2023, indicating whether he still opposes the motion and, if so, providing his argument and relevant legal authority.

So ordered on March 27, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE