UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| **GEORGE STEWART, on behalf of himself and others similarly situated,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, et al.,**<br>*Defendants.* | Case No. 5:23-CV-00007-H |

**ORDER GRANTING DEFENDANTS THE UNIVERSITY OF TEXAS AT AUSTIN, JAY HARTZELL, CLAUDIA LUCCHINETTI, STEVE SMITH, AND JOEL DABOUB'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR A FIRST RESPONSIVE PLEADING**

Before the Court is the Second Unopposed Motion for an Extension of Time to File an Answer or a First Responsive Pleading filed by defendants the University of Texas at Austin, Jay Hartzell, Claudia Lucchinetti, Steve Smith, and Joel Daboub (the "UT Austin Defendants"). Upon due consideration of the motion, the Court finds the following.

_____ The motion is meritorious and is hereby GRANTED. IT IS THEREFORE ORDERED that the UT Austin Defendants' deadline to file an answer or a first responsive pleading is extended until [ ] July 11, 2023 or [ ] _____, 2023.

SIGNED on this the _____ day of _____, 2023.

_____
HONORABLE JAMES WESLEY HENDRIX
United States District Judge