UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

GEORGE STEWART,

    Plaintiff,

v.

TEXAS TECH UNIVERSITY HEALTH
SCIENCES CENTER, et al.,

    Defendants.

No. 5:23-CV-007-H

## ORDER

Before the Court is the University of Texas at Austin, Jay Hartzell, Claudia Lucchinetti, Steve Smith, and Joel Daboub's (collectively, the UT Austin Defendants) second unopposed motion for an extension of time to file an answer or a first responsive pleading. Dkt. No. 19. The UT Austin Defendants seek an additional 60-day extension to respond to the complaint because the Office of the Attorney General still "has declined to either provide representation or authorize the hiring of outside counsel." *Id.* at 2. Because the plaintiff is unopposed to an extension and for the reasons stated in the motion, the motion is granted. The UT Austin defendants shall file a response by July 11, 2023. Any responsive pleading filed by July 11, 2023, shall be deemed timely.

So ordered on May 5, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE