UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

GEORGE STEWART,

    Plaintiff,

v.

TEXAS TECH UNIVERSITY
HEALTH SCIENCES CENTER, et al.,

    Defendants.

No. 5:23-CV-007-H

## ADMINISTRATIVE CLOSURE ORDER

The defendants who have appeared in this case so far have advised the Court that the Office of the Attorney General "has declined to either provide representation or authorize the hiring of outside counsel." Dkt. No. 19 at 2. For that reason, the Court extended the deadline for the defendants to file a responsive pleading to the plaintiff's complaint. Dkt. No. 20 at 1. Therefore, this case shall be administratively closed for statistical purposes until the defendants file a responsive pleading. The Court may reopen the case earlier if necessary for further proceedings, including, for example, to resolve any motions for emergency relief or motions to further extend the answer deadline.

So ordered on June 15, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE