UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GEORGE STEWART, on behalf of himself and others similarly situated,, § § § *Plaintiffs,* § § v. § § TEXAS TECH UNIVERSITY HEALTH § SCIENCES CENTER, et al., , § § *Defendants.* | Civil Action No. 5:23-cv-00007-H |

### NOTICE OF APPEARANCE OF LAYNE E. KRUSE

Notice is hereby given that the undersigned attorney, Layne Kruse, enters his appearance in this matter as counsel for The University of Texas at Austin, Jay Hartzell, Claudia Lucchinetti, Steve Smith, and Joel Daboub for the purpose of receiving notices and orders from the Court.

Dated: June 30, 2023

Respectfully submitted,

*/s/ Layne E. Kruse*
Layne E. Kruse
State Bar No. 11742550
Federal ID: 2383
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:    (713) 651-5151
Facsimile:    (713) 651-5246
layne.kruse@nortonrosefulbright.com

*Counsel for Defendants The University of Texas at Austin, Jay Hartzell, Claudia Lucchinetti, Steve Smith, and Joel Daboub*

- 2 -

## **CERTIFICATE OF SERVICE**

I certify that on June 30, 2023 , a true and correct copy of the foregoing was served via the Court's ECF system on all counsel of record.

                                          */s/ Layne E. Kruse*
                                          Layne E. Kruse