IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GEORGE STEWART, on behalf of himself and others similarly situated,, § § § *Plaintiffs,* § § v. § § TEXAS TECH UNIVERSITY HEALTH § SCIENCES CENTER, et al., , § § *Defendants.* | Civil Action No. 5:23-cv-00007-H |

## ORDER GRANTING UNOPPOSED MOTION TO REOPEN CASE AND EXTEND DATE TO RESPOND

Before the Court is Defendants' Motion to Reopen Case to Extend Date to Respond. Upon due consideration of the motion, the Court lifts the administrative closure for the sole purpose of extending date to respond for UT Austin Defendants.

The motion is GRANTED. IT IS THEREFORE ORDERED that the deadline for Defendants The University of Texas at Austin, Jay Hartzell, Claudia Lucchinetti, Steve Smith, and Joel Daboub to plead, move, or otherwise respond will be on or before September 12, 2023.

SIGNED on this the _____ day of _____, 2023.

                                                      HONORABLE JAMES WESLEY HENDRIX
                                                      United States District Judge