UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GEORGE STEWART, on behalf of himself and others similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, et al., , <br><br> Defendants. | § § § § § § § § § § § § Civil Action No. 5:23-cv-00007-H |

### NOTICE OF APPEARANCE OF SHAUNA JOHNSON CLARK

Notice is hereby given that the undersigned attorney, Shauna Clark, enters her appearance in this matter as counsel for The University of Texas at Austin, Jay Hartzell, Claudia Lucchinetti, Steve Smith, and Joel Daboub for the purpose of receiving notices and orders from the Court.

Dated:  June 30, 2023

Respectfully submitted,

*/s/ Shauna Johnson Clark*
Shauna Johnson Clark
State Bar No. 00790977
Federal ID: 18235
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:     (713) 651-5151
Facsimile:     (713) 651-5246
shauna.clark@nortonrosefulbright.com

*Counsel for Defendants The University of Texas at Austin, Jay Hartzell, Claudia Lucchinetti, Steve Smith, and Joel Daboub*

- 2 -

## **CERTIFICATE OF SERVICE**

I certify that on June 30, 2023 , a true and correct copy of the foregoing was served via the Court's ECF system on all counsel of record.

*/s/ Shauna Johnson Clark*
Shauna Johnson Clark
