UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GEORGE STEWART,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, et al.,<br><br>    Defendants. | No. 5:23-CV-007-H |

## ORDER

Before the Court is the University of Texas at Austin, Jay Hartzell, Claudia Lucchinetti, Steve Smith, and Joel Daboub's (collectively, the UT Austin Defendants) unopposed motion to reopen this case to extend the deadline to respond to the plaintiff's complaint. Dkt. No. 24. For the reasons stated in the motion, the motion is granted. The Clerk of Court is directed to reopen this case, and the UT Austin Defendants shall have until September 12, 2023, to file a responsive motion or pleading. Any response filed by September 12, 2023, shall be deemed timely.

    So ordered on July 5, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE