UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

GEORGE STEWART,

    Plaintiff,

v.                                                   No. 5:23-CV-007-H

TEXAS TECH UNIVERSITY HEALTH
SCIENCES CENTER, et al.,

    Defendants.

## ORDER

The plaintiff filed his complaint on January 10, 2023 (Dkt. No. 1), and summons were issued as to all the defendants on the same day (Dkt. No. 4). Over 90 days have passed since the filing of this case, and the plaintiff has not provided proof of service on the following defendants: Texas Tech University Health Sciences Center, Lori Rice-Spearman, Steven Lee Berk, Lindsay Johnson, Hollie Stanton, Jeri Moravcik, University of Texas Health Science Center at Houston, Giuseppe N. Colasurdo, John Hancock, Margaret C. McNeese, University of Texas Medical Branch at Galveston, Charles P. Mouton, Jeffrey Susman, Ruth E. Levine, Pierre W. Banks, University of Texas Health Science Center at San Antonio, William L. Henrich, Robert A. Hromas, Belinda Chapa Gonzalez, Chiquita Collins, University of Texas Southwestern Medical Center, Daniel K. Podolsky, W. P. Andrew Lee, and Leah Schouten.

When a plaintiff fails to serve a defendant within 90 days after the filing of the complaint, the Court must, after notice to the plaintiff, dismiss the action as to that defendant without prejudice or instruct the plaintiff to effect service within a specific time. Fed. R. Civ. P. 4(m). Accordingly, the Court orders that by July 21, 2023, the plaintiff must

file proof of service as to each of the aforementioned defendants or, if those defendants have not been served, effect service or show good cause in writing for failure to effect service. If the plaintiff fails to file proof of service, effect service, or show good cause by July 21, 2023, the Court will dismiss the claims against the defendants without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

    So ordered on July 7, 2023.

                                                          JAMES WESLEY HENDRIX
                                                          UNITED STATES DISTRICT JUDGE