**From:** Bentley, Eric Eric.Bentley@ttu.edu
**Subject:** RE: request to waive service in Stewart v. Texas Tech University Health Sciences Center, et al., No. 5:23-cv-00007-H (N.D. Tex.)
**Date:** January 12, 2023 at 11:45 AM
**To:** Jonathan Mitchell jonathan@mitchell.law

Jonathan,

We will be represented by the Office of the Attorney General of Texas in this litigation and someone from that office should be reaching out to you shortly.

Thanks,

Eric D. Bentley
Vice Chancellor and General Counsel
Texas Tech University System
1508 Knoxville Avenue
System Administration Building, Office 301F
Lubbock, TX 79409
Office: 806.742.2155
Direct: 806.834.0597

This communication, including any attachments, originates from an Attorney and may contain confidential information and is intended only for the individual or entity to whom it is addressed. Any review, dissemination, or copying of this communication by anyone other than the intended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete and destroy all copies of the original message.

**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Sent:** Tuesday, January 10, 2023 10:54 PM
**To:** Bentley, Eric <Eric.Bentley@ttu.edu>
**Subject:** request to waive service in Stewart v. Texas Tech University Health Sciences Center, et al., No. 5:23-cv-00007-H (N.D. Tex.)

This email originated outside TTU. Please exercise caution!

Dear Mr. Bentley:

I have attached the complaint and waiver-of-service forms in Stewart v. Texas Tech University Health Sciences Center, et al., No. 5:23-cv-00007-H (N.D. Tex.).

If you would prefer that we hand-serve this on the TTUHSC defendants, please let us know.

—Jonathan

-----------------------------
Jonathan F. Mitchell

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**