UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

**George Stewart**, on behalf of himself and others similarly situated,

        Plaintiff,

v.

**Texas Tech University Health Sciences Center**, et al.,

        Defendants.

Case No. 5:23-cv-00007-H

## DECLARATION OF JONATHAN F. MITCHELL

1. My name is Jonathan F. Mitchell. I am over the age of 18 and fully competent in all respects to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3. I represent plaintiff George Stewart in this litigation, and I submit this declaration in support of the plaintiff's notice to the court (ECF No. 29).

4. The documents attached as Exhibits 1–4 are authentic copies of e-mails that I have sent to or received from Eric Bentley, the general counsel of Texas Tech University.

This concludes my sworn statement. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 24, 2023

                                       */s/ Jonathan F. Mitchell*
                                       JONATHAN F. MITCHELL