UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

**George Stewart**, on behalf of himself and others similarly situated,

        Plaintiff,

v.

**Texas Tech University Health Sciences Center**, et al.,

        Defendants.

Case No. 5:23-cv-00007-H

## ADDITIONAL NOTICE TO THE COURT REGARDING SERVICE OF TEXAS TECH DEFENDANTS

On Monday, July 24, 2023, the general counsel at Texas Tech University e-mailed us and confirmed that the Texas Attorney General's office will be representing the Texas Tech defendants. The Attorney General's office e-mailed us later that day promising to execute the waiver-of-service forms "soon." Copies of those e-mails are attached as exhibits to this notice. Given the Texas Tech defendants' intention to waive service and their commitment to promptly execute waiver-of-service forms, we respectfully ask the Court to find good cause to extend the deadline for service under Rule 4(m). If there are unexpected delays in executing or obtaining the waiver-of-service forms from the Texas Tech defendants, we will notify the Court immediately.

        Respectfully submitted.

Gene P. Hamilton
Virginia Bar No. 80434
Vice-President and General Counsel
Reed D. Rubinstein*
D.C. Bar No. 400153
Andrew J. Block*

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)

Virginia Bar No. 91537
Nicholas R. Barry*
Tennessee Bar No. 031963
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org
reed.rubinstein@aflegal.org
andrew.block@aflegal.org
nicholas.barry@aflegal.org

Dated: July 25, 2023

(512) 686-3941 (fax)
jonathan@mitchell.law

\* admitted *pro hac vice*

*Counsel for Plaintiff
and Proposed Class*

## CERTIFICATE OF SERVICE

I certify that on July 25, 2023, I served this document through CM/ECF upon all counsel of record in this case.

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiff
and Proposed Class*
