**From:** Benjamin Walton Benjamin.Walton@oag.texas.gov
**Subject:** Stewart v. TTUHSC, et al. - Waiver of Service
**Date:** July 24, 2023 at 11:49 AM
**To:** jonathan@mitchell.law
**Cc:** Jennifer Holt Jennifer.Holt@oag.texas.gov



Hi Jonathan,

I hope you are well. I have been assigned to represent the various TTU defendants in this case. We will be executing the waiver of service forms you provided and returning them to you soon. My legal assistant is out this week, but I'll do my best to get you the executed forms soon.

Feel free to give me a call if there is anything you'd like to discuss. I look forward to working with you.

Thanks,
Ben

**Benjamin S. Walton**
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
512.463.0447 (Direct)
512.320.0667 (Fax)
Benjamin.Walton@oag.texas.gov