UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

**George Stewart**, on behalf of himself and others similarly situated,

    Plaintiff,

v.

**Texas Tech University Health Sciences Center**, et al.,

    Defendants.

Case No. 5:23-cv-00007-H

## DECLARATION OF JONATHAN F. MITCHELL

1. My name is Jonathan F. Mitchell. I am over the age of 18 and fully competent in all respects to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3. I represent plaintiff George Stewart in this litigation, and I submit this declaration in support of the plaintiff's additional notice to the court regarding service of the Texas Tech defendants (ECF No. 30).

4. The documents attached as Exhibits 1–2 are authentic copies of e-mails that I received from Eric Bentley, the general counsel of Texas Tech University, and from Benjamin Walton in the Texas Attorney General's office.

5.

This concludes my sworn statement. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 25, 2023

*Jonathan F. Mitchell*
JONATHAN F. MITCHELL