UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GEORGE STEWART,<br><br>  Plaintiff,<br><br>v.<br><br>TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, et al.,<br><br>  Defendants. | No. 5:23-CV-007-H |

## ORDER

Before the Court are the plaintiff's notices that all the defendants have been served in this case, except for the Texas Tech defendants, whose counsel promise to execute waiver-of-service forms "soon." Dkt. Nos. 29; 30. For the reasons stated in the notices, the Court finds good cause to extend the deadline for service. Therefore, by August 2, 2023, the plaintiff must file proof of service as to the Texas Tech defendants or, if those defendants have not been served, effect service or show good cause in writing for failure to effect service. If the plaintiff fails to file proof of service, effect service, or show good cause by August 2, 2023, the Court will dismiss the claims against the Texas Tech defendants without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

So ordered on July 26, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE