UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| George Stewart, on behalf of himself and others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Case No. 5:23-cv-00007-H |
| Texas Tech University Health Sciences Center, et al. | § § § § | |
| Defendants. | § | |

**TEXAS TECH DEFENDANTS' RULE 12(b)(1) AND 12(b)(6) MOTION TO DISMISS**

**APPENDIX – Table of Contents**

**APPENDIX 1 Declaration of Felix Morales, M.D.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| George Stewart, on behalf of himself and others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 5:23-cv-00007-H |
| Texas Tech University Health Sciences Center, et al. | § § § § | |
| Defendants. | § § | |

### DECLARATION OF FELIX MORALES, M.D.

Pursuant to 28 U.S.C. § 1746, I, Felix Morales, declare the following:

1. I am currently employed as the Associate Dean of Admissions for the School of Medicine at Texas Tech University Health Sciences Center ("TTUHSC"). I have held this position since April 1, 2017. I make this Declaration based upon my personal knowledge in my experience as the Associate Dean of Admissions, and I am competent to testify to the facts set forth below.

2. George Stewart first applied to TTUHSC's School of Medicine in the 2020–2021 application cycle. He did not complete the secondary application required from all applicants, and therefore he was not considered for an interview. Mr. Stewart re-applied to TTUHSC's School of Medicine in the 2021–2022 cycle. Based on many components of his application, including but not limited to a good undergraduate GPA and MCAT score, Mr. Stewart was selected for a personal interview. In the 2021–2022 application cycle, 5,252 applicants applied to TTUHSC's School of Medicine. TTUHSC granted personal interviews to a little over 900 of those applicants. Ultimately, TTUHSC admitted only 180 applicants that year. Mr. Stewart was not among the 180 applicants selected for admission. Typically, 180 applicants are admitted each year to TTUHSC's School of Medicine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2023.

                                                       *Felix Morales, MD*
                                                       Felix Morales, M.D.