UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| George Stewart, on behalf of himself and others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 5:23-cv-00007-H |
| Texas Tech University Health Sciences Center, et al. | § § § § | |
| Defendants. | § § | |

**ORDER GRANTING TEXAS TECH DEFENDANTS'
RULE 12(b)(1) AND 12(b)(6) MOTION TO DISMISS**

On this date, the Court considered the Rule 12(b)(1) and 12(b)(6) Motion to Dismiss (the "Motion") filed by Defendants Texas Tech University Health Sciences Center, Lori Rice-Spearman, Steven Lee Berk, Lindsay Johnson, Hollie Stanton, and Jeri Moravcik (collectively, the "Texas Tech Defendants"). After considering the Motion, any further briefing and argument submitted by the parties, and the other pleadings in this matter, the Court is of the opinion that the Motion is meritorious and hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that all of Plaintiff's claims against the Texas Tech Defendants in the above-styled cause are hereby **DISMISSED**.

SIGNED this _____ day of _____, _____.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE