UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| George Stewart, on behalf of himself and others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 5:23-cv-00007-H |
| Texas Tech University Health Sciences Center, et al. | § § § § | |
| Defendants. | § § | |

**TEXAS TECH DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE U.S. DISTRICT JUDGE JAMES WESLEY HENDRIX:

Pursuant to Local Civil Rule 7.4, Defendants Texas Tech University Health Sciences Center ("TTUHSC"), Lori Rice-Spearman, Steven Lee Berk, Lindsay Johnson, Hollie Stanton, and Jeri Moravcik provide the following list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that may be financially interested in the outcome of this case:

**Plaintiff:**           George Stewart

**Plaintiff's Counsel:**  Jonathan F. Mitchell
                         Mitchell Law PLLC
                         111 Congress Avenue, Suite 400
                         Austin, Texas 78701
                         (512) 686-3940 (phone)
                         (512) 686-3941 (fax)
                         jonathan@mitchell.law

|  |  |
|---|---|
|  | Gene P. Hamilton<br>Reed D. Rubinstein<br>Andrew J. Block<br>Nicholas R. Barry<br>America First Legal Foundation<br>300 Independence Avenue SE<br>Washington, DC 20003<br>(202) 964-3721<br>gene.hamilton@aflegal.org<br>reed.rubinstein@aflegal.org<br>andrew.block@aflegal.org<br>nicholas.barry@aflegal.org |
| **Defendants:** | Texas Tech University Health Sciences Center<br>Lori Rice-Spearman<br>Steven Lee Berk<br>Lindsay Johnson<br>Hollie Stanton<br>Jeri Moravcik |
| **Defendants' Counsel:** | Benjamin S. Walton<br>Assistant Attorney General<br>General Litigation Division<br>P.O. Box 12548<br>Austin, Texas 78711<br>(512) 463-2120 – Phone<br>(512) 320-0667 – Fax<br>benjamin.walton@oag.texas.gov |
| **Co-Defendants:** | University of Texas at Austin<br>Jay Hartzell<br>Claudia F. Lucchinetti<br>Steve Smith<br>Joel A. Daboub<br>University of Texas Health Science Center at Houston<br>Giuseppe N. Colasurdo<br>John Hancock<br>Margaret C. McNeese<br>University of Texas Medical Branch at Galveston<br>Charles P. Mouton<br>Jeffrey Susman<br>Ruth E. Levine<br>Pierre W. Banks<br>University of Texas Health Science Center at San Antonio |

|  |  |
|---|---|
|  | William L. Henrich<br>Robert A. Hromas<br>Belinda Chapa Gonzalez<br>Chiquita Collins<br>University of Texas Southwestern Medical Center<br>Daniel K. Podolsky<br>W.P. Andrew Lee<br>Leah Schouten |
| **Co-Defendants' Counsel:** | Layne E. Kruse<br>Shauna Johnson Clark<br>Norton Rose Fulbright US LLP<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Tel (713) 651-5194<br>Fax (713) 651-5246<br>layne.kruse@nortonrosefulbright.com |

Respectfully submitted.

**ANGELA COLMENERO**
Provisional Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Acting Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Deputy Chief, General Litigation Division
**RYAN KERCHER**
Deputy Chief, General Litigation Division

*/s/ Benjamin S. Walton*
**BENJAMIN S. WALTON**
*Lead Attorney*
Texas Bar No. 24075241
Assistant Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
(512) 463-2120 – Phone
(512) 320-0667 – Fax
benjamin.walton@oag.texas.gov

***Counsel for Texas Tech Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023, a true and correct copy of this document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Gene P. Hamilton
Reed D. Rubinstein
Andrew J. Block
Nicholas R. Barry
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org
reed.rubinstein@aflegal.org
andrew.block@aflegal.org
nicholas.barry@aflegal.org

***Counsel for Plaintiff***

                      */s/ Benjamin S. Walton*
                      **BENJAMIN S. WALTON**
                      Assistant Attorney General