UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| **George Stewart,**<br><br>Plaintiff;<br><br>v.<br><br>**Texas Tech University Health Sciences Center, et al.,**<br><br>Defendants. | Case No. 5:23-cv-0007-H |

### ORDER GRANTING THE UNIVERSITY OF TEXAS DEFENDANTS' MOTION TO SEVER AND CHANGE VENUE

Before the Court is a Motion to Sever and Change Venue by defendants Dell Medical School at The University of Texas at Austin, Jay Hartzell, Claudia F. Lucchinetti, Steve Smith, Joel A. Daboub, McGovern Medical School at The University of Texas Health Science Center at Houston, Giuseppe N. Colasurdo, John Hancock, Margaret C. McNeese, the John Sealy School of Medicine at The University of Texas Medical Branch at Galveston, Charles P. Mouton, Jeffrey Susman, Ruth E. Levine, Pierre W. Banks, the Long School of Medicine at The University of Texas Health Science Center at San Antonio, William L. Henrich, Robert A. Hromas, Belinda Chapa Gonzalez, Chiquita Collins, The University of Texas Southwestern Medical Center in Dallas, Daniel K. Podolskey, W.P. Andrew Lee, and Leah Schouten ("UT Defendants"). Upon consideration of the motion, the response, any replies, and applicable law, the Court hereby GRANTS the motion and it is ORDERED that plaintiff's claims against the UT Defendants are hereby severed from those against other defendants and shall be transferred to the Western District of Texas, Austin Division for further adjudication.

SIGNED on this the _____ day of _____, 2023.

_____
HONORABLE JAMES WESLEY HENDRIX
United States District Judge