UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| **George Stewart,** <br><br> Plaintiff; <br><br> v. <br><br> **Texas Tech University Health Sciences Center, et al.,** <br><br> Defendants. | Case No. 5:23-cv-0007-H |

# THE UNIVERSITY OF TEXAS DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.4, The University of Texas Defendants provide the following list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that may be financially interested in the outcome of this case:

**Plaintiff:** George Stewart

**Plaintiff's Counsel:** Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

|  |  |
|---|---|
|  | Gene P. Hamilton |
|  | Reed D. Rubinstein |
|  | Andrew J. Block |
|  | Nicholas R. Barry |
|  | America First Legal Foundation |
|  | 300 Independence Avenue SE |
|  | Washington, DC 20003 |
|  | (202) 964-3721 |
|  | gene.hamilton@aflegal.org |
|  | reed.rubinstein@aflegal.org |
|  | andrew.block@aflegal.org |
|  | nicholas.barry@aflegal.org |
| **Co-Defendants:** | Texas Tech University Health Sciences Center |
|  | Lori Rice-Spearman |
|  | Steven Lee Berk |
|  | Lindsay Johnson |
|  | Hollie Stanton |
|  | Jeri Moravcik |
| **Co-Defendants':** | Benjamin S. Walton |
| **Counsel** | Assistant Attorney General |
|  | General Litigation Division |
|  | P.O. Box 12548 |
|  | Austin, Texas 78711 |
|  | (512) 463-2120 – Phone |
|  | (512) 320-0667 – Fax |
|  | benjamin.walton@oag.texas.gov |
| **Defendants:** | University of Texas at Austin |
|  | Jay Hartzell |
|  | Claudia F. Lucchinetti |
|  | Steve Smith |
|  | Joel A. Daboub |
|  | University of Texas Health Science Center at Houston |
|  | Giuseppe N. Colasurdo |
|  | John Hancock |
|  | Margaret C. McNeese |
|  | University of Texas Medical Branch at Galveston |
|  | Charles P. Mouton |
|  | Jeffrey Susman |
|  | Ruth E. Levine |
|  | Pierre W. Banks |
|  | University of Texas Health Science Center at San Antonio |

|  |  |
|---|---|
|  | William L. Henrich<br>Robert A. Hromas<br>Belinda Chapa Gonzalez<br>Chiquita Collins<br>University of Texas Southwestern Medical Center<br>Daniel K. Podolsky<br>W.P. Andrew Lee<br>Leah Schouten |
| **Defendants'**<br>**Counsel:** | Layne E. Kruse<br>Shauna Johnson Clark<br>Norton Rose Fulbright US LLP<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Tel (713) 651-5194<br>Fax (713) 651-5246<br>layne.kruse@nortonrosefulbright.com |

Dated: September 12, 2023        Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Layne E. Kruse*
　　　　　　　　　　　　　　　　　　Layne E. Kruse
　　　　　　　　　　　　　　　　　　　　(Texas Bar No. 11742550)
　　　　　　　　　　　　　　　　　　Shauna Johnson Clark
　　　　　　　　　　　　　　　　　　　　(Texas Bar No. 00790977)
　　　　　　　　　　　　　　　　　　Norton Rose Fulbright US LLP
　　　　　　　　　　　　　　　　　　1301 McKinney, Suite 5100
　　　　　　　　　　　　　　　　　　Houston, Texas 77010
　　　　　　　　　　　　　　　　　　Telephone: 713-651-5151
　　　　　　　　　　　　　　　　　　Telecopier: 713-651-5246
　　　　　　　　　　　　　　　　　　layne.kruse@nortonrosefulbright.com
　　　　　　　　　　　　　　　　　　shauna.clark@nortonrosefulbright.com

　　　　　　　　*Attorneys for the University of Texas Defendants*

## CERTIFICATE OF SERVICE

  I certify that on September 12, 2023, I served a copy of this document on all counsel of record by electronic means.

*/s/ Layne E. Kruse*
Layne E. Kruse
