UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| **George Stewart**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Texas Tech University Health Sciences Center**, et al.,<br><br>Defendants. | Case No. 5:23-cv-00007-H |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENTION OF TIME**

The plaintiff's unopposed motion for extension of time (Docket Entry No. 38) is GRANTED. The plaintiff is ORDERED to file his response to each of the motions to dismiss (Docket Entry Nos. 33 & 35) and the UT defendants' motion to sever and transfer (Docket Entry No. 36) no later than Tuesday, October 17, 2023.

---

James Wesley Hendrix
United States District Judge