UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GEORGE STEWART,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, et al.,<br><br>    Defendants. | No. 5:23-CV-007-H |

## ORDER GRANTING EXTENSION OF TIME TO RESPOND

Before the Court is the plaintiff's Unopposed Motion to Extend Time to Respond to Defendants' Motions to Dismiss and UT Defendants' Motion to Sever and Transfer. Dkt. No. 38. The Court, finding good cause for an extension of the deadline, grants the motion. It is therefore ordered that the plaintiff shall file his responses to the defendants' motions to dismiss (Dkt. Nos. 33; 35) and the UT defendants' motion to sever and transfer (Dkt. No. 36) by October 17, 2023. Any response filed by October 17, 2023, shall be deemed timely. The defendants shall then file their replies to the plaintiff's responses by October 31, 2023.

So ordered on September 25, 2023.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE