UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| **George Stewart,**<br><br>　　　　　Plaintiff;<br><br>v.<br><br>**Texas Tech University Health Sciences Center, et al.,**<br><br>　　　　　Defendants. | Case No. 5:23-cv-0007-H |

# ORDER

The Court has considered the UT Defendants' Unopposed Motion to Stay Discovery and Initial Disclosures and has determined that it should be granted.

IT IS THEREFORE ORDERED that discovery and initial disclosures will be stayed until 21 days after both motions to dismiss and the motion to sever and transfer are resolved.

Signed this ___ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable James Wesley Hendrix
　　　　　　　　　　　　　　　　　　　　　United States District Judge