UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

|  |  |
|---|---|
| **George Stewart**, on behalf of himself and others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>**Texas Tech University Health Sciences Center**, et al.,<br><br>            Defendants. | Case No. 5:23-cv-00007-H |

## DECLARATION OF JONATHAN F. MITCHELL

1. My name is Jonathan F. Mitchell. I am over the age of 18 and fully competent in all respects to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3. I represent plaintiff George Stewart in this litigation, and I submit this declaration in support of Mr. Stewart's brief opposing the UT defendants' motion to dismiss (Docket Entry No. 35).

4. The document attached as Exhibit 1 to this brief is an authentic copy of Regents' Rule 40304, which I downloaded from the UT System's website on October 17, 2023, and which was available at https://www.utsystem.edu/sites/default/files/offices/board-of-regents/rules-regulations/40304.pdf (last visited on October 17, 2023).

5. A perma.cc link to Regents' Rule 40304 is available at https://perma.cc/69YS-RJD8.

This concludes my sworn statement. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 17, 2023

Jonathan F. Mitchell