UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| **George Stewart,** Plaintiff; v. **Texas Tech University Health Sciences Center, et al.,** Defendants. | Case No. 5:23-cv-0007-H |

# THE UNIVERSITY OF TEXAS DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Dell Medical School at The University of Texas at Austin, McGovern Medical School at The University of Texas Health Science Center at Houston, the John Sealy School of Medicine at The University of Texas Medical Branch (UTMB) at Galveston, the Long School of Medicine at The University of Texas Health Science Center at San Antonio, The University of Texas Southwestern Medical Center in Dallas, along with the officials at those institutions sued here in their official capacities,[1] move to for an extension of time to respond to Plaintiff George Stewart's oppositions to their motion to dismiss (Doc. 35) and motion to sever and transfer (Doc. 36).

The UT Defendants' replies in support of their motions are currently due on Tuesday, October 31, 2023 and the UT Defendants seek a brief extension until Monday, November 6, 2023 to file their replies for good cause because this past Wednesday evening, counsel for the UT Defendants' car was broken into and his work

---

[1] The individual UT Defendants are: Jay Hartzell, Claudia F. Lucchinetti, Steve Smith, Joel A. Daboub, Giuseppe N. Colasurdo, John Hancock, Margaret C. McNeese, Charles P. Mouton, Jeffrey Susman, Ruth E. Levine, Pierre W. Banks, William L. Henrich, Robert A. Hromas, Belinda Chapa Gonzalez, Chiquita Collins, Daniel K. Podolsky, W.P. Andrew Lee, and Leah Schouten.

computer and briefcase were stolen. Plaintiff George Stewart does not oppose the relief requested in this motion.

Accordingly, the UT Defendants as this Court grant their request for a brief extension of time to respond to Stewart's oppositions to their motion to dismiss and motion to sever and transfer.

Dated: October 27, 2023                Respectfully submitted,

/s/ Layne E. Kruse
Layne E. Kruse
   (Texas Bar No. 11742550)
Shauna Johnson Clark
   (Texas Bar No. 00790977)
Eliot F. Turner
   (Texas Bar No. 24066224)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Telecopier: 713-651-5246
layne.kruse@nortonrosefulbright.com
shauna.clark@nortonrosefulbright.com
eliot.turner@nortonrosefulbright.com

*Attorneys for the University of Texas Defendants*

## CERTIFICATE OF SERVICE

I certify that on October 27, 2023, I served a copy of this document on all counsel of record by electronic means.

*/s/ Layne Kruse*
Layne Kruse

## CERTIFICATE OF CONFERENCE

I certify that on October 26, 2023, I conferred with plaintiff's counsel about the relief requested in this motion and plaintiff's counsel indicated that they were unopposed to the relief requested in the motion.

*/s/ Layne Kruse*
Layne Kruse
