UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| **George Stewart,**  Plaintiff; v. **Texas Tech University Health Sciences Center, et al.,**  Defendants. | Case No. 5:23-cv-0007-H |

**PROPOSED ORDER GRANTING UT DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Having considered the UT Defendants' unopposed motion for an extension of time to file their replies in support of their motion to dismiss (Doc. 35) and motion to sever and transfer (Doc. 36), the Court hereby grants the motion and orders that the UT Defendants have through Monday, November 6, 2023 to file their replies.

So ordered this __ day of October, 2023.

_____
Hon. James Wesley Hendri
United States District Judge