UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

GEORGE STEWART,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　No. 5:23-CV-007-H

TEXAS TECH UNIVERSITY HEALTH
SCIENCES CENTER, et al.,

    Defendants.

### ORDER GRANTING EXTENSION OF TIME TO REPLY

Before the Court is the UT Defendants' Unopposed Motion for Extension of Time. Dkt. No. 47. The Court, finding good cause for an extension of the deadline, grants the motion. It is therefore ordered that the UT Defendants shall file their replies to the plaintiff's responses to their motion to dismiss and motion to sever and transfer (Dkt. Nos. 44; 45) by November 6, 2023. Any reply filed by November 6, 2023, shall be deemed timely.

So ordered on October 27, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE