UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| **George Stewart,**<br><br>Plaintiff;<br><br>v.<br><br>**Texas Tech University Health Sciences Center, et al.,**<br><br>Defendants. | Case No. 5:23-cv-0007-H |

# ORDER

The Court has considered the defendants' notice and motion to substitute an officer as a defendant in her official capacity and has determined that it shall be granted.

IT IS THEREFORE ORDERED that Alanna Edwards will be substituted as the defendant in place of Leah Schouten, without waiver of any defenses, including sovereign immunity under the Eleventh Amendment.

Signed this ___ day of _____, 2024.

_____
HONORABLE JAMES WESLEY HENDRIX
United States District Judge