UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| **George Stewart,**  Plaintiff; v. **Texas Tech University Health Sciences Center, et al.,**  Defendants. | Case No. 5:23-cv-0007-H |

# ORDER

The Court has considered the defendants' notice and motion to substitute an officer as a defendant and has determined that it shall be granted.

IT IS THEREFORE ORDERED that Travis Crook will be substituted as the appropriate defendant in place of Steve Smith.

Signed this ___ day of _____, 2024.

_____
HONORABLE JAMES WESLEY HENDRIX
United States District Judge