UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| **George Stewart,**<br><br>      Plaintiff;<br><br>v.<br><br>**Texas Tech University Health Sciences Center, et al.,**<br><br>      Defendants. | Case No. 5:23-cv-0007-H |

# NOTICE OF DEATH OF DEFENDANT PURSUANT TO RULE 25(d)

Defendants The University of Texas Health Science Center at San Antonio ("UT Health San Antonio") provides this Notice that Defendant Dr. William Henrich, sued in his official capacity as President of UT Health San Antonio, no longer serves in his role due to his death, which occurred during the pendency of this action. Robert Hromas, another defendant sued in his official capacity as the Dean of the Long School of Medicine, now serves as the Acting President of UT Health San Antonio while retaining his official status as Dean of the Long School of Medicine. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Robert Hromas is automatically substituted for William Henrich as the Acting President of UT Health San Antonio. Rule 25(d) provides that when an officer who is a party to an action "dies, resigns, or otherwise ceases to hold office," his successor "is automatically substituted as a party." FED. R. CIV. P. 25(d)(1).

Because Robert Hromas, a defendant already sued in his official capacity as Dean, there is no equivalent need to substitute an additional defendant at this time.

Dated: May 24, 2024                                Respectfully submitted,

*Layne E. Kruse*
Layne E. Kruse
Texas Bar No. 11742550
Shauna Johnson Clark
Texas Bar No. 00790977
Eliot Turner
Texas Bar No. 24066224
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Telecopier: 713-651-5246
layne.kruse@nortonrosefulbright.com
shauna.clark@nortonrosefulbright.com
eliot.turner@nortonrosefulbright.com

*Attorneys for the University of Texas Defendants*

2

## CERTIFICATE OF SERVICE

  I certify that on May 24, 2024, I served a copy of this document on all counsel of record by electronic means.

                    *Layne E. Kruse*
                    Layne E. Kruse