UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

GEORGE STEWART,

    Plaintiff,

v.                                                      No. 5:23-CV-007-H

TEXAS TECH UNIVERSITY HEALTH
SCIENCES CENTER, et al.,

    Defendants.

## ORDER

Before the Court are the UT Defendants' motions to substitute parties (Dkt. Nos. 53; 54) and notice of the death of a defendant (Dkt. No. 55), pursuant to Federal Rule of Civil Procedure 25(d). The Court grants the motions to substitute parties. *See* Fed. R. Civ. P. 25(d). It is therefore ordered that: (1) Alanna Edwards is substituted as the appropriate defendant in place of Leah Schouten in her official capacity as Director of Admissions and Recruitment at University of Texas Southwestern Medical School; (2) Travis Crook is substituted as the appropriate defendant in place of Steve Smith in his official capacity as Associate Dean of Student Affairs for Dell Medical School; and (3) Robert A. Hromas is substituted as the appropriate defendant in place of William L. Henrich in his official capacity as Acting President of the University of Texas Health Science Center at San Antonio. The Court notes that Hromas has also already been named as a defendant in this lawsuit in his official capacity as Dean of the Long School of Medicine. The Clerk of Court is directed to update the docket accordingly.

So ordered on May __30__, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE