| | |
|---|---|
| **From:** | Grace Braun |
| **To:** | jonathan@mitchell.law; andrew.block@aflegal.org; gene.hamilton@aflegal.org; nicholas.barry@aflegal.org; reed.rubinstein@aflegal.org; Benjamin Walton; Layne Kruse; eliot.turner@nortonrosefulbright.com; shauna.clark@nortonrosefulbright.com; jody.hughes@austin.utexas.edu |
| **Subject:** | 5:23-CV-007 - Stewart v. TTUHSC -- Amendment Deadline |
| **Date:** | Thursday, July 18, 2024 1:22:23 PM |

Counsel,

The Court's Scheduling Order in this case provides that the "[p]arties may file one amended pleading, as of course, no later than 30 days after the Court's ruling on the motions to dismiss." Dkt. No. 52 at 3. However, the Court's Memorandum Opinion and Order resolving the motions to dismiss granted the plaintiff leave to amend the complaint within 14 days of the date of that Order. *See* Dkt. No. 57 at 2, 40, 57. Given this discrepancy, the Court informs the parties that the 30-day deadline provided in the Scheduling Order controls the amendment of pleadings. Any amended complaint filed within 30 days of the Court's Memorandum Opinion and Order will be deemed timely.

Sincerely,

Grace Braun

Judicial Law Clerk to the Hon. James Wesley Hendrix

U.S. District Court for the Northern District of Texas

1205 Texas Avenue, Rm. C-210

Lubbock, Texas 79401

(806) 318-7320 (chambers)

