UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| George Stewart, on behalf of himself and others similarly situated, § § § | | |
| Plaintiff, § § | | |
| v. § § | Case No. 5:23-cv-00007-H | |
| Texas Tech University Health Sciences Center, et al. § § § § | | |
| Defendants. § | | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

On this date, the Court considered the Unopposed Motion for Extension of Time (the "Motion") filed by Defendants Texas Tech University Health Sciences Center, Lori Rice-Spearman, Steven Lee Berk, Lindsay Johnson, Hollie Stanton, and Jeri Moravcik (collectively, "Defendants"). After considering the Motion, which is unopposed, and the other pleadings in this matter, the Court is of the opinion that the Motion is meritorious and hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Defendants' deadline to file a responsive pleading in this cause shall be fourteen days after Plaintiff files an amended complaint, or, if Plaintiff does not file an amended complaint by August 16, 2024, fourteen days after August 16, 2024.

SIGNED this _____ day of _____, _____.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE