UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

GEORGE STEWART,

    Plaintiff,

v.    No. 5:23-CV-007-H

TEXAS TECH UNIVERSITY HEALTH
SCIENCES CENTER, et al.,

    Defendants.

### ORDER GRANTING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Before the Court is the defendants' unopposed motion for an extension of time to file a responsive pleading. Dkt. No. 58. The Court, finding good cause for an extension of the deadline, grants the motion. It is therefore ordered that the defendants shall file a response to the complaint by the earlier of 14 days after the plaintiff files an amended complaint or August 30, 2024.

So ordered on July 29, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE