## Table A-18: MCAT Scores and GPAs for Applicants and Matriculants to U.S. MD-Granting Medical Schools by Race/Ethnicity, 2022-2023



The table below displays the MCAT scores, GPAs, and self-identified racial and ethnic characteristics of applicants and matriculants to U.S. MD-granting medical schools from 2022-2023. MCAT scores and GPAs are displayed by mean and standard deviation (SD). The "Multiple Race/Ethnicity" category includes those who selected more than one race/ethnicity response. Please email datarequest@aamc.org if you need further assistance or have additional inquiries.

| Matriculants | | American Indian or Alaska Native | Asian | Black or African American | Hispanic, Latino, or of Spanish Origin | Native Hawaiian or Other Pacific Islander | White | Other | Multiple Race/Ethnicity | Unknown Race/Ethnicity | Non-U.S. Citizen and Non-Permanent Resident | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MCAT CPBS | Mean | 125.7 | 128.8 | 126.1 | 126.4 | 126.9 | 128.0 | 127.9 | 127.7 | 128.2 | 128.4 | 127.9 |
| | SD | 2.5 | 2.0 | 2.1 | 2.2 | 1.7 | 2.1 | 1.9 | 2.2 | 2.1 | 2.2 | 2.2 |
| MCAT CARS | Mean | 125.6 | 127.3 | 125.3 | 125.2 | 126.2 | 127.4 | 126.4 | 126.9 | 127.4 | 126.6 | 127.0 |
| | SD | 2.4 | 2.2 | 2.3 | 2.6 | 1.7 | 2.2 | 2.4 | 2.4 | 2.1 | 2.5 | 2.4 |
| MCAT BBLS | Mean | 126.3 | 128.9 | 126.5 | 126.9 | 127.3 | 128.3 | 128.4 | 128.0 | 128.6 | 128.7 | 128.2 |
| | SD | 1.9 | 1.9 | 2.1 | 2.1 | 2.2 | 2.0 | 2.0 | 2.1 | 1.9 | 2.1 | 2.1 |
| MCAT PSBB | Mean | 127.3 | 129.5 | 127.6 | 127.6 | 128.4 | 129.0 | 129.0 | 128.7 | 129.2 | 129.1 | 128.9 |
| | SD | 2.4 | 1.8 | 2.1 | 2.4 | 1.8 | 1.9 | 1.8 | 2.0 | 1.8 | 2.0 | 2.0 |
| Total MCAT | Mean | 504.9 | 514.4 | 505.7 | 506.1 | 508.9 | 512.6 | 511.7 | 511.2 | 513.4 | 512.8 | 511.9 |
| | SD | 6.7 | 6.0 | 6.4 | 7.3 | 5.9 | 5.9 | 5.9 | 6.5 | 5.9 | 6.9 | 6.7 |
| GPA Science | Mean | 3.40 | 3.75 | 3.42 | 3.52 | 3.59 | 3.73 | 3.71 | 3.63 | 3.73 | 3.76 | 3.68 |
| | SD | 0.48 | 0.26 | 0.41 | 0.35 | 0.32 | 0.27 | 0.27 | 0.32 | 0.26 | 0.25 | 0.31 |
| GPA Non-Science | Mean | 3.75 | 3.87 | 3.71 | 3.76 | 3.85 | 3.86 | 3.86 | 3.82 | 3.85 | 3.86 | 3.84 |
| | SD | 0.28 | 0.17 | 0.28 | 0.25 | 0.12 | 0.19 | 0.17 | 0.21 | 0.20 | 0.18 | 0.21 |
| GPA Total | Mean | 3.56 | 3.80 | 3.55 | 3.62 | 3.69 | 3.79 | 3.78 | 3.71 | 3.78 | 3.80 | 3.75 |
| | SD | 0.36 | 0.20 | 0.32 | 0.28 | 0.24 | 0.22 | 0.21 | 0.25 | 0.22 | 0.20 | 0.24 |
| *Total Matriculants* | | *37* | *5,604* | *1,856* | *1,444* | *22* | *9,599* | *496* | *2,698* | *642* | *314* | *22,712* |

Notes: The means and SDs of MCAT scores are calculated based on data from applicants who applied with MCAT scores. In recent years, approximately 98% of individuals submitted MCAT scores in their applications. In 2022, 53,762 applicants and 22,011 matriculants were included in the calculations; only the most recent MCAT score is used for individuals who took the exam more than once. The means and SDs of UGPA are calculated based on applicants with available GPA data. In 2022, 54,969 applicants and 22,562 matriculants were included in the calculations.

Each academic year includes applicants and matriculants that applied to enter medical school in the fall of the given year. For example, academic year 2022-2023 represents the applicants and matriculants that applied to enter medical school during the 2022 application cycle.

Source: AAMC 10/27/2022

©2022 Association of American Medical Colleges. This data may be reproduced and distributed with attribution for educational, noncommercial purposes only.