UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| George Stewart, on behalf of himself and others similarly situated, | § § § § § | |
| Plaintiff, | | |
| v. | § § § | Case No. 5:23-cv-00007-H |
| Texas Tech University Health Sciences Center, et al. | § § § § | |
| Defendants. | § | |

# ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE

On this date, the Court considered the Unopposed Motion for Continuance (the "Motion") filed by Defendants Texas Tech University Health Sciences Center, Lori Rice-Spearman, John C. DeToledo, Felix Morales, Louis Perez, and Monica Galindo (collectively, "Defendants"). After considering the Motion, which is unopposed, and the other pleadings in this matter, the Court is of the opinion that the Motion is meritorious and hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that the discovery deadline in this cause is reset to May 9, 2025; the dispositive motion deadline is reset to June 9, 2025; and trial is reset to begin on _____, 2025. The Court will issue an amended Scheduling Order reflecting these new deadlines and resetting the related pre-trial deadlines.

SIGNED this _____ day of _____, _____.

                                                                                                     _____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE