IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GEORGE STEWART, on behalf of himself and others similarly situated,<br>  *Plaintiff*,<br><br>v.<br><br>TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, et al.<br>  *Defendants*. | § § § § § § § § § § §   Civil Action No. 5:23-cv-00007-H |

## DEFENDANTS' NOTICE OF APPEARANCE OF CO-COUNSEL

TO THE HONORABLE U.S. DISTRICT JUDGE JAMES WESLEY HENDRIX:

  Defendants Texas Tech University Health Sciences Center ("TTUHSC"), Lori Rice-Spearman, John C. DeToledo, Felix Morales, Louis Perez, and Monica Galindo (collectively, "Defendants") notify the Court that Joseph Keeney, Assistant Attorney General, will appear as co-counsel along with the existing counsel in charge in the case. Mr. Walton will remain attorney-in-charge. Mr. Keeney is a member in good standing with the State Bar of Texas and the United States District Court, Northern District of Texas. He may be contacted at the address below.

             Respectfully submitted.

             **KEN PAXTON**
             Attorney General of Texas

             **BRENT WEBSTER**
             First Assistant Attorney General

             **RALPH MOLINA**
             Deputy First Assistant Attorney General

             **JAMES LLOYD**
             Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Joseph Keeney*
**BENJAMIN S. WALTON**
*Lead Attorney*
Texas Bar No. 24075241
**JOSEPH KEENEY**
Texas Bar No. 24082616
Assistant Attorneys General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
(512) 463-2120 – Phone
(512) 320-0667 – Fax
benjamin.walton@oag.texas.gov
joseph.keeney@oag.texas.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 10, 2024, a true and correct copy of this document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Gene P. Hamilton
Reed D. Rubinstein
Andrew J. Block
Nicholas R. Barry
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org
reed.rubinstein@aflegal.org
andrew.block@aflegal.org
nicholas.barry@aflegal.org

*Counsel for Plaintiff*

                                      */s/ Joseph Keeney*
                                      **JOSEPH KEENEY**
                                      Assistant Attorney General