UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| **George Stewart**, on behalf of himself and others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**Texas Tech University Health Sciences Center**, et al.,<br><br>　　　　　　Defendants. | Case No. 5:23-cv-00007-H |

### [Proposed] Order Granting Plaintiff's Motion To Extend Deadlines To Serve Expert Designations And Reports

The plaintiff's motion to extend the deadlines to serve expert designations and reports (Docket Entry No. 67) is GRANTED. The parties may file their initial expert designations and reports no later than November 13, 2024, with responsive expert designations and reports due by December 13, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　James Wesley Hendrix
　　　　　　　　　　　　　　　　　　United States District Judge