UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

GEORGE STEWART,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　No. 5:23-CV-007-H

TEXAS TECH UNIVERSITY HEALTH
SCIENCES CENTER, et al.,

    Defendants.

## ORDER

Before the Court is the plaintiff's opposed motion for extension of time to file expert designations and reports. Dkt. No. 67. The Court orders the defendants to file a response to the motion by October 23, 2024. In the response, the defendants should outline their reasons for opposing the motion and any prejudice or harm they may face if the Court were to grant it.

So ordered on October 16, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE