IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GEORGE STEWART, on behalf of himself and others similarly situated, <br> *Plaintiff*, <br><br> v. <br><br> TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, et al. <br> *Defendants*. | § § § § § § § § § § § <br><br> Civil Action No. 5:23-cv-00007-H |

### ORDER DENYING PLAINTIFF'S OPPOSED MOTION TO EXTEND DEADLINES TO SERVE EXPERT DESIGATIONS AND REPORTS

On this date, the Court considered the Plaintiff's Opposed Motion to Extend Deadlines to Serve Expert Designations and Reports (the "Motion"). After considering the Motion, the Response, and the other pleadings in this matter, the Court is of the opinion that the Motion is not meritorious and hereby DENIES the Motion.

SO ORDERED.

SIGNED this _____ day of _____, _____.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

1