UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

GEORGE STEWART

      *Plaintiff,*

v.

TEXAS TECH UNIVERSITY HEALTH
SCIENCE CENTER, *ET AL.,*

      *Defendants.*

Case 5:23-cv-00007-H

---

## UNOPPOSED MOTION TO WITHDRAW GENE P. HAMILTON AS COUNSEL FOR PLAINTIFF GEORGE STEWART

---

Plaintiff files this Unopposed Motion to Withdraw Gene P. Hamilton as Counsel for George Stewart.

Gene Hamilton has accepted a position outside of America First Legal Foundation. Mr. Hamilton requests to withdraw without opposition. George Stewart will continue to be represented by lead counsel Jonathan F. Mitchell and other extraordinarily competent counsel from America First Legal Foundation. This Motion will not delay any proceedings.

| | |
|---|---|
| Dated: January 20, 2025 | Respectfully submitted, |
| | */s/ Gene P. Hamilton* |
| | GENE P. HAMILTON |
| | Virginia Bar No. 80434 |
| | |
| | NICHOLAS R. BARRY |
| | TN Bar No. 031963 |

        ANDREW BLOCK
        Virginia Bar No. 91537

        AMERICA FIRST LEGAL FOUNDATION
        611 Pennsylvania Ave. SE #231
        Washington, DC 20003
        (202) 964-3721
        gene.hamilton@aflegal.org
        nicholas.barry@aflegal.org
        andrew.block@aflegal.org

### CERTIFICATE OF COMPLIANCE

Plaintiffs' counsel has conferred with Defendants' counsel and there is no opposition to this Motion.

### CERTIFICATE OF SERVICE

I certify that on January 20, 2025, this document was filed through the Court's CM/ECF system, which served it upon all counsel of record.

        /s/ *Gene P. Hamilton*
        GENE P. HAMILTON
        *Attorney for Plaintiff*