UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

GEORGE STEWART

    *Plaintiff,*

v.

    Case 5:23-cv-00007-H

TEXAS TECH UNIVERSITY HEALTH
SCIENCE CENTER, *ET AL.,*

    *Defendants.*

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion to Withdraw Gene P. Hamilton as counsel for the Plaintiff George Stewart (the "Motion), filed on January 20, 2025. Having considered the Motion and applicable law, the Court **GRANTS** the Motion. Accordingly, it is ORDERED that Gene P. Hamilton is withdrawn as counsel of record.

**SO ORDERED.**

January __, 2025

_____
James Wesley Hendrix
United States District Judge