UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GEORGE STEWART,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, et al.,<br><br>    Defendants. | No. 5:23-CV-007-H |

## ORDER

Before the Court is Gene P. Hamilton's unopposed motion to withdraw as counsel for the plaintiff. Dkt. No. 71. For the reasons stated in the motion, the motion is granted. Gene P. Hamilton is discharged as counsel of record for the plaintiff.

So ordered on January 21, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE