UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| George Stewart, on behalf of himself and others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 5:23-cv-00007-H |
| Texas Tech University Health Sciences Center, et al. | § § § § § | |
| Defendants. | § | |

## DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW

TO THE HONORABLE U.S. DISTRICT JUDGE JAMES WESLEY HENDRIX:

Defendants Texas Tech University Health Sciences Center ("TTUHSC"), Lori Rice-Spearman, John C. DeToledo, Felix Morales, Louis Perez, and Monica Galindo (collectively, "Defendants") file this Unopposed Motion To Withdraw, respectfully requesting the Court to permit Assistant Attorney General Benjamin S. Walton to withdraw as counsel for Defendants in this matter. Good cause exists for this withdrawal, as Mr. Walton has accepted employment outside the Texas Office of the Attorney General. Assistant Attorney General Joseph Keeney will remain counsel of record for Defendants and will henceforth serve as Lead Attorney for Defendants. Mr. Keeney's contact information is contained in the signature block below. Counsel for Defendants has communicated with counsel for Plaintiff regarding the requested withdrawal, and Plaintiff is unopposed.

For the foregoing reasons, Defendants respectfully request that Mr. Walton be permitted to withdraw as counsel for Defendants in this matter, and that Mr. Keeney be recognized as the Lead Attorney representing Defendants.

Respectfully submitted.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Benjamin S. Walton*
**BENJAMIN S. WALTON**
*Lead Attorney*
Texas Bar No. 24075241
**JOSEPH KEENEY**
Texas Bar No. 24082616
Assistant Attorneys General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
(512) 463-2120 – Phone
(512) 320-0667 – Fax
benjamin.walton@oag.texas.gov
joseph.keeney@oag.texas.gov

***Counsel for Defendants***

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 5, 2025, I communicated with Jonathan Mitchell, counsel for Plaintiff, regarding the relief requested in this motion, and Mr. Mitchell informed me that Plaintiff is not opposed.

>        */s/ Benjamin S. Walton*
> **BENJAMIN S. WALTON**
> Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025, a true and correct copy of this document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Reed D. Rubinstein
Andrew J. Block
Nicholas R. Barry
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
reed.rubinstein@aflegal.org
andrew.block@aflegal.org
nicholas.barry@aflegal.org

*Counsel for Plaintiff*

>        */s/ Benjamin S. Walton*
> **BENJAMIN S. WALTON**
> Assistant Attorney General