UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| George Stewart, on behalf of himself and others similarly situated, § § § | | |
| Plaintiff, § § | | |
| v. § § | Case No. 5:23-cv-00007-H | |
| Texas Tech University Health Sciences Center, et al. § § § § | | |
| Defendants. § | | |

**ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION TO WITHDRAW**

On this date, the Court considered the Unopposed Motion To Withdraw (the "Motion") filed by Defendants Texas Tech University Health Sciences Center, Lori Rice-Spearman, John C. DeToledo, Felix Morales, Louis Perez, and Monica Galindo (collectively, "Defendants"). After considering the Motion, which is unopposed, and the other pleadings in this matter, the Court is of the opinion that the Motion is meritorious and hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Benjamin S. Walton is hereby withdrawn as counsel for Defendants in this cause, and that Joseph Keeney is now the Lead Attorney for Defendants.

SIGNED this \_\_\_\_\_ day of _____, _____.

                                                                  JAMES WESLEY HENDRIX
                                                                  UNITED STATES DISTRICT JUDGE