UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

GEORGE STEWART,

    Plaintiff,

v.   No. 5:23-CV-007-H

TEXAS TECH UNIVERSITY HEALTH
SCIENCES CENTER, et al.,

    Defendants.

## ORDER

Before the Court is Benjamin S. Walton's unopposed motion to withdraw as counsel for the defendant. Dkt. No. 73. For the reasons stated in the motion, the motion is granted. Benjamin S. Walton is discharged as counsel of record for the defendant, and he is relieved of all obligations and duties to the Court in this case. Assistant Attorney General Joseph Keeney will continue to represent the defendants and will now serve as lead attorney for the defendants. *Id.* at 1.

So ordered on February 10, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE