# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| GEORGE STEWART, on behalf of himself and others similarly situated, *Plaintiff*, | § § § § |
| v. | § § |
| TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, et al. *Defendants.* | § § § § § |

Civil Action No. 5:23-cv-00007-H

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE JAMES WESLEY HENDRIX:

Plaintiff George Stewart and Defendants Texas Tech University Health Sciences Center Lori Rice-Spearman, John C. DeToledo, Felix Morales, Louis Perez, and Monica Galindo (collectively, "the Parties") file this Joint Notice of Settlement, and hereby notify the Court that this case has settled. The parties respectfully requests that all current settings be cancelled, and that this case be dismissed.

Respectfully submitted.

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

      KIMBERLY GDULA
      Chief, General Litigation Division

      */s/ Joseph Keeney*
      **JOSEPH KEENEY**
      State Bar No. 24092616
      Assistant Attorney General
      Office of the Attorney General
      General Litigation Division
      P.O. Box 12548, Capitol Station
      Austin, Texas 78711-2548
      Telephone: (512) 475-4090
      Facsimile: (512) 320-0667
      Joseph.keeney@oag.texas.gov

      *Counsel for Defendants*


*/s/ Jonathan F. Mitchell (with permission)*
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
nicholas.barry@aflegal.org

Gene P. Hamilton
Reed D. Rubinstein
Andrew J. Block
Nicholas R. Barry
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org
reed.rubinstein@aflegal.org
andrew.block@aflegal.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 5, 2025, a true and correct copy of this document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                      */s/ Joseph Keeney*
                                      **JOSEPH KEENEY**
                                      Assistant Attorney General