UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

GEORGE STEWART,

     Plaintiff,

v.                                                        No. 5:23-CV-007-H

TEXAS TECH UNIVERSITY HEALTH
SCIENCES CENTER, et al.,

     Defendants.

## ORDER

     Before the Court is the parties' Joint Notice of Settlement.  Dkt. No. 75.  The Court construes the joint notice as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  As such, the joint stipulation is approved.  It is ordered that the plaintiff's claims against the defendants are dismissed, and the Clerk of Court is directed to close this case.  The parties shall each bear their own costs and attorneys' fees.

     So ordered on March 6, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE